**Richard Alan KAMP, Petitioner,**

v.

**The ENVIRONMENTAL DEFENSE FUND, INC., Petitioner/Intervenor,**

v.

**John HERNANDEZ, in his capacity as Acting Administrator of the United States Environmental Protection Agency, and the Environmental Protection Agency, Respondents,**

**Arizona Department of Health Services, Asarco, Incorporated, Kennecott, Inspiration Consolidated Copper Co., Magma Copper Co., and Phelps Dodge Corp., Respondent/Intervenors.**

No. 83–7183.

United States Court of Appeals,
Ninth Circuit.

Dec. 11, 1985.

F. Henry Habicht, II, Asst. Atty. Gen., Land & Natural Resources Div., Jose R. Allen, David E. Dearing, Attys., Dept. of Justice, Richard Bozof, U.S. EPA, Washington, D.C., for E.P.A.

Newman R. Porter, Evans, Kitchel & Jenckes, P.C., Phoenix, Ariz., for Asarco Inc.

G. Van Velsor Wolf, Jr., Lewis & Roca, Phoenix, Ariz., for Inspiration Cons. Copper Co.

Alfred V.J. Prather, Kurt E. Blase, Washington, D.C., for Kennecott.

Ralph B. Sievwright, Twitty, Sievwright & Mills, Phoenix, Ariz., Frederick C. Schafrick, Shea & Gardner, Washington, D.C., for Magma Copper Co.

John F. Boland, Jr., Evans, Kitchel & Jenckes, P.C., Phoenix, Ariz., for Phelps Dodge Corp.

Jon K. Wactor, Asst. Atty. Gen., Phoenix, Ariz., for State of Ariz.

* The Honorable Thomas E. Fairchild, United States Circuit Judge for the Seventh Circuit,

Before FAIRCHILD *, FLETCHER and CANBY, Circuit Judges.

ORDER

The opinion in this case, filed February 5, 1985, and appearing at 752 F.2d 1444, is modified as follows:

The following sentence, appearing as the second-to-last sentence on page 1453, is deleted:

The implementation plan involved in this case has nothing to do with the concerns of Part D: its objective is to bring existing sources of $SO_2$ pollution into compliance with the NAAQSs, not to allow for the construction of new major sources of emissions.

In place of the deleted sentence, the following two sentences are substituted:

The implementation plan in this case was not submitted or approved as a Part D plan. It was submitted as an original plan to bring existing sources of $SO_2$ pollution into compliance with the NAAQSs.